UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

IN RE:

JAMES JOHN TODD KINCANNON

Debtor.

Case No. 19-01583-hb

Chapter 13

**MOTION RE CREDIT COUNSELING**

FILED at 10 O'clock 49 min 9 M
MAR 20 2019
United States Bankruptcy Court
Columbia, South Carolina

The Debtor, James John Todd Kincannon, respectfully moves for an order excusing him from participating in credit counsel due to disability at the present time. The Debtor suffers from bipolar disorder and his current medication regime makes credit counseling a pointless exercise, as it interferes with his ability to handle financial matters in a typical fashion. The Debtor hopes that his medication regime will change in the near future to one that will enable him to gain benefit from credit counseling, and should that happen, the Debtor will immediately notify the Court and make all efforts to obtain credit counseling forthwith.

Respectfully submitted,

_____
J. TODD KINCANNON
DEBTOR PRO SE
216 Jones Avenue
Simpsonville, South Carolina 29681
864-963-4374
Email: ToddKincannon@gmail.com

March 4, 2019